No. 318.   Burns, Governor of Hawaii *v.* Richardson et al.;

No. 323.   Cravalho et al. *v.* Richardson et al.; and

No. 409.   Abe et al. *v.* Richardson et al.   Appeals from D. C. Hawaii.   Motion of Harold S. Roberts for leave to file brief, as *amicus curiae,* in Nos. 318 and 323, granted.   Probable jurisdiction noted.   The cases are consolidated and a total of three hours is allotted for oral argument.   Mr. Justice Fortas took no part in the consideration or decision of these cases.   *Bert T. Kobayashi,* Attorney General of Hawaii, *Bertram T. Kanbara* and *Nobuki Kamida,* Deputy Attorneys General, *Thurman Arnold, Abe Fortas* and *Dennis G. Lyons* for appellant in No. 318 and for appellee Burns in Nos. 323 and 409. *James T. Funaki* and *Eugene W. I. Lau* for appellants in No. 323.   *Kazuhisa Abe* for appellants in No. 409. *Richard K. Sharpless* on motion of Harold S. Roberts for leave to file brief, as *amicus curiae,* in Nos. 318 and 323. Reported below: 238 F. Supp. 468; 240 F. Supp. 724.

No. 291.   United States *v.* Standard Oil Co.   Appeal from D. C. M. D. Fla.   Probable jurisdiction noted. *Solicitor General Cox, Assistant Attorney General Vinson, Ralph S. Spritzer* and *Beatrice Rosenberg* for the United States.   *Earl B. Hadlow* and *John H. Wilbur* for appellee.

No. 106.   Federal Trade Commission *v.* Borden Co. C. A. 5th Cir.   Certiorari granted.   *Solicitor General Cox, Assistant Attorney General Orrick, Robert B. Hummel, Gerald Kadish, James McI. Henderson* and *Charles C. Moore, Jr.,* for petitioner.   *John E. F. Wood, Kent V. Lukingbeal, Robert C. Johnston, Philip S. Campbell* and *C. Brien Dillon* for respondent.